\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **WESTPORT INSURANCE CORPORATION,** | : | |
| Plaintiff, | : | Case No. C2-05-1152 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| **WARD D. COFFMAN, III, et al.,** | : | Magistrate Judge King |
| Defendants. | : | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the January 29, 2009 Opinion and Order, this Court **GRANTS** Plaintiff's Partial Motion for Summary Judgment on the issue of whether the Class Action complaint and Malpractice Claim constitute a single claim, and **DENIES** Defendant's Motion for Summary Judgment on that same issue. The remaining issues in Plaintiff's and Defendant's Motions for Summary Judgment are **DISMISSED** as moot.

Date: **January 29, 2009**         James Bonini, Clerk

                    s/Betty L. Clark
                    Betty L. Clark/Deputy Clerk